# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN A. SINERIUS, ) | Civil No. 6:15-cv-1-JTJ |
| Plaintiff, ) | |
| vs. ) | ORDER FOR |
| ) | ATTORNEY FEES |
| CAROLYN W. COLVIN, ) | UNDER EAJA |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

Plaintiff having moved the Court pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, for attorney fees, and defendant having stipulated to plaintiff receiving reasonable attorney fees under EAJA, and defendant not filing any objection to the reasonableness of the amount of fees claimed, and good cause appearing

It is hereby ORDERED that attorney's fees in the total amount of $5,424.85, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Russell A. LaVigne, Jr., PO Box 2541, Thompson Falls MT 59873; *however,*

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset

Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Russell A. LaVigne, Jr., and delivered via check to Russell A. LaVigne, Jr., PO Box 2541, Thompson Falls MT 59873.

Dated this 6th day of June, 2016.

_____
John Johnston
United States Magistrate Judge